IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAWN TAYLOR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. C 11-03633 EJD (PR)<br><br>ORDER OF DISMISSAL |

　　　Plaintiff, a prisoner currently incarcerated at the Salinas Valley State Prison ("SVSP") in Soledad, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against prison officials. On November 23, 2011, the Court dismissed the complaint with leave to amend because the complaint failed to state a cognizable claim. (See Docket No. 6.) The Court advised Plaintiff that if he failed to file an amended complaint within thirty days from the date the order is filed, *i.e.*, no later than December 23, 2011, the Court would dismiss this action without prejudice. (See id. at 2.)

　　　The deadline has since passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED without prejudice.

DATED: 3/16/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.11\03633Taylor_dism.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RASHAWN TAYLOR,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS, et al.,

        Defendants.

Case Number: CV11-03633 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/19/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rashawn Kante Taylor CBDV750
Santa Rita County Jail
5325 Broder Clvd.,
Dublin, CA 94568

Dated: 3/19/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk